# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. KAISER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES, LLC,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00646-CDS-MDC<br><br>**Order** |

Upon Defendant's removal to federal court, an early neutral evaluation was set for June 27, 2024. Docket No. 6. More recent filings reveal that Defendant may not respond to the complaint until July 9, 2024. *See* Docket No. 9. Given the circumstances, it does not appear that the case is ripe for an early neutral evaluation. *See, e.g.*, Local Rule 16-6(f)(1)(H) (requiring evaluation statements to certify exchange of initial disclosures). Accordingly, the early neutral evaluation is **CONTINUED** to 10:00 a.m. on August 28, 2024. Evaluation statements that comply with the Court's prior order (Docket No. 6) must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 21, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: June 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1