# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. KAISER,<br><br>    Plaintiff(s),<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES, LLC,<br><br>    Defendant(s). | Case No. 2:24-cv-00646-CDS-MDC<br><br>**Order**<br><br>[Docket No. 19] |

    Pending before the Court is a stipulation to continue the early neutral evaluation set for August 28, 2024. Docket No. 19.[1] The gist of the request is that the parties intend to seek delay as to both their initial disclosure obligations and their discovery obligations, which by extension makes it unproductive to hold an ENE at this juncture. *See id.* at 2-3. Given that the parties are not prepared to advance to an ENE at this time, *see* Local Rule 16-6(f)(1)(H), the stipulation is **GRANTED** in part.

    Given the procedural posture, prior delays, and overall circumstances, the ENE is hereby **VACATED** without prejudice to it being reset by the undersigned if warranted. In the event that the parties believe it would be fruitful to hold an ENE during the appropriate period,[2] they may file a stipulation with available dates for that ENE. If such a stipulation is filed, the parties must promptly notify the undersigned's courtroom deputy. In the interim, the Clerk's Office is

---

[1] The parties are reminded that they should not be filing this request only seven days before the ENE is scheduled to take place. *See, e.g.*, Docket No. 6 at 1 n.1.

[2] The ENE is meant to be held within 90 days of a defendant's appearance. Local Rule 16-6(d).

1

**INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned as the designated settlement judge.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge