```
FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
KERRY S. MARTIN, ESQ.
Admitted pro hac vice
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  bborn@fisherphillips.com
Attorneys for Defendant
Wells Fargo Clearing Services, LLC
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT G. KAISER, pro se;<br><br>         Plaintiff,<br><br>   vs.<br><br>WELLS FARGO CLEARING SERVICES, LLC<br><br>         Defendant. | Case No: 2:24-cv-00646-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Robert Kaiser, *in proper person*, and Defendant Wells Fargo Clearing Services, LLC ("WFCS" or "Defendant"), by and through its counsel of record, Fisher & Phillips, LLP, hereby stipulate and agree to extend the deadline for Defendant to file its response to Plaintiff's Second Amended Complaint (ECF No. 34) from **March 13, 2025,** to **March 20, 2025**.

/ / /

/ / /

/ / /

- 1 -

FP 54133058.3

1    This request is not made for the purpose of delay.  Instead, this request is made
2   because this case was recently reassigned internally within defense counsel's firm and
3   new counsel requires additional time to familiarize himself with this matter and the
4   prior pleadings. This is the first request for an extension of this deadline.  For good
5   cause shown, and not for delay, the parties request that their stipulation be granted.

6   ROBERT G. KAISER                               FISHER & PHILLIPS, LLP

7    /s/ Robert G. Kaiser                               /s/ Brandon A. Born
    ROBERT G. KAISER                                MARK J. RICCIARDI, ESQ.
8   10345 Trailing Dalea Avenue                     KERRY S. MARTIN, ESQ.
    Las Vegas, NV  89135                            BRANDON A. BORN, ESQ.
9   Pro se                                          300 South Fourth Street
                                                    Suite 1500
10                                                  Las Vegas, Nevada 89101
11                                                  Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/14/2025

- 2 -

FP 54133058.3